707 A.2d 224

**Ronald DENBOW, Vernon S. Krayniewski and Andrew Pszenny, Police Wage and Policy Committee, Petitioners**

v.

**BOROUGH OF LEETSDALE, Respondent.**

**No. 0606 Western District 1997.**

Supreme Court of Pennsylvania.

Feb. 27, 1998.

## *ORDER*

PER CURIAM

AND NOW, this 27th day of February, 1998, the Petition for Allowance of Appeal is granted, limited to the following issue

Did the lower courts err in finding that Article III, Section 26 of the Pennsylvania Constitution applies to actions by

local municipalities and in deciding that the Borough's resolutions are unconstitutional?